(Printed on May 28, 2005 @ 18:38) US Department of Housing and Urban Development OMB No. 2502-0265

# SETTLEMENT STATEMENT (Transactions Without Sellers)

| | | |
|---|---|---|
| File Number: 05-4386 | Loan Number: 10283102 | Mortgage Ins. Case #: |

**NAME AND ADDRESS OF BORROWER/BUYER:**
Claire J. Poindexter 57 North Hull Street East Providence, RI 02914
Jody C. Gomes ,

**NAME AND ADDRESS OF LENDER:**
Homeowners Loan Corp. 4501 Circle 75 Parkway Suite F6300 Atlanta, GA 30339

**PROPERTY LOCATION (Brief Legal):**
57 North Hull Street East Providence, RI 02914

| | |
|---|---|
| **SETTLEMENT AGENT:** Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Leo Strange | **PLACE OF SETTLEMENT:** 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
| **SETTLEMENT DATE:** 05/21/2005 | **DISBURSEMENT DATE:** 05/26/2005 |

## L. SETTLEMENT CHARGES

| | |
|---|---|
| **800. Items Payable In Connection With Loan** | |
| 801. Loan Origination Fee To: Homeowners Loan Corp. | 13,400.00 |
| 802. Loan Discount | |
| 803. Appraisal Fee POC $275.00 To: Great American Appraisal | |
| 804. Credit Report Credit Report POCL $8.50 | |
| 805. Lender's Inspection Fee | |
| 806. Mortgage Insurance Application Fee | |
| 807. Assumption Fee | |
| 808. Processing\Underwriter Fee To: Homeowners Loan | 390.00 |
| 809. Funding Fee To: Homeowners Loan | 365.00 |
| 810. Administration Fee To: Homeowners Loan | 295.00 |
| 811. Document Preparation Fee To: Homeowners Loan | 195.00 |
| 812. Tax Service Fee To: Land America | 63.00 |
| **900. Items Required By Lender To Be Paid In Advance** | |
| 901. Interest from | |
| 902. Mortgage Insurance Premium for | |
| 903. Hazard Insurance Premium for To: Stateline Insurance | 532.00 |
| 904. | |
| 905. | |
| **1000. Reserves Deposited With Lender** | |
| 1001. Hazard insurance | |
| 1002. Mortgage insurance | |
| 1003. City property taxes | |
| 1004. County property taxes | |
| 1005. Annual assessments | |
| 1006. | |
| 1007. | |
| 1008. Aggregate Accounting Adjustment | |
| **1100. Title Charges** | |
| 1101. Settlement or closing fee To: Swafford and Hays Settle | 200.00 |
| 1102. Abstract or title search To: Swafford and Hays Settleme | 375.00 |
| 1103. Title examination To: Swafford and Hays Settlement Se | 275.00 |
| 1104. Title insurance binder | |
| 1105. Document preparation | |
| 1106. Notary Fees | |
| 1107. Attorney's Fees | |
| (Includes above item numbers: ) | |
| 1108. Title Insurance To: TICOR Title Insurance Company of | 486.00 |
| (Includes above item numbers: ) | |
| 1109. Lender's coverage $202,500.00 @ $486.00 | |
| 1110. Owner's coverage @ 0.00 | |
| 1111. Title Service Fee | |
| 1112. | |
| 1113. Overnight Courier & Handling Fees | |
| **1200. Govt. Recording, Transfer, and Service Fees** | |
| 1201. Recording fees: To: Clerk of the Court | 150.00 |
| 1202. City/county tax/stamps: | |
| 1203. State tax/stamps: | |
| 1204. | |
| 1205. Transfer Tax for QCD To: Clerk of the Court | 90.00 |
| **1300. Additional Settlement Charges** | |
| 1301. Survey | |
| 1302. Pest inspection | |
| 1303. Flood Determination POCL $9.50 | |
| 1304. | |
| 1305. | |
| **1400. Total settlement charges (enter on line 1602)** | 16,816.00 |

## M. DISBURSEMENT TO OTHERS

| | |
|---|---|
| 1501. Payoff on acct good thru 6/9/05 To: EMC | 169,327.76 |
| 1502. Payment To: CBT Aspire | 294.00 |
| 1503. Delinquent 04 Water Taxes good thru 5/31/0 To: State of Rhode Island | 513.02 |
| 1504. 05 Taxes good thru 7/1/05 To: Providence Co Tax Collector | 2,175.07 |
| 1505. | |
| 1506. | |
| 1507. | |
| 1508. | |
| 1509. | |
| 1510. | |
| 1511. | |
| 1512. | |
| 1513. | |
| 1514. | |
| 1515. | |
| 1520. TOTAL DISBURSED (enter on line 1603) | 172,309.85 |

## N. Net Settlement

| | |
|---|---|
| 1600. Loan Amount | 202,500.00 |
| 1601. Plus Check/Cash from Borrower | |
| 1602. Minus total settlement charges (Line 1400) | 16,816.00 |
| 1603. Minus total Disbursements to Others (line 1520) | 172,309.85 |
| 1604. Equals disbursements to borrower | 13,374.15 |

The undersigned hereby acknowledges receipt of a completed copy of this statement. To the best of my knowledge the HUD-1A ref. RESPA Settlement Statement is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction

x _______ Swafford and Hays Settlement Services, Inc.

x _______ Claire J. Poindexter

x _______ Jody C. Gomes

# ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

Lender: HOMEOWNERS LOAN CORP.
4501 CIRCLE 75 PARKWAY, SUITE D4100
ATLANTA, GA 30339

Loan No.: 3000008871

Title Company: Swafford Settlement Services
9041 Executive Park Dr. Suite 400
Knoxville, TN 37923

Escrow No.:

Borrower(s): CLAIRE J. POINDEXTER
JODY C. GOMES

Property Address: 57 NORTH HULL STREET, EAST PROVIDENCE, RI 02914

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BUYER(S)**

Borrower CLAIRE J. POINDEXTER  Date 5-21-05

Borrower JODY C. GOMES  Date 5-21-05

Borrower  Date

Borrower  Date

**SELLER**

Seller  Date

REFINANCE

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent  Date 5/25/05

[The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda.]

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. C. Sections 1001 and 1010.

WM8 (03/2003)
CVHUDADD