LENDER: HOMEOWNERS LOAN CORP.
4501 CIRCLE 75 PARKWAY, SUITE D4300
ATLANTA, GA 30339

IDENTIFICATION OF TRANSACTION: REFINANCE LOAN NUMBER: 3000008871

# NOTICE OF RIGHT TO CANCEL

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is 5/21/2005 ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also canceled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been canceled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

HOMEOWNERS LOAN CORP.
ATTN: FUNDING DEPARTMENT
4501 CIRCLE 75 PARKWAY, SUITE D4300
ATLANTA, GA 30339

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than **MIDNIGHT of 5/25/2005** (or **MIDNIGHT** of the **THIRD BUSINESS DAY** following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

CONSUMER'S SIGNATURE DATE

***Although you may mail or otherwise deliver this notice to us, in order to prevent a possible funding error we kindly request that you fax this notice to us toll free at (866) 862-4410.***

I am/We are the only person(s) who (1) have an ownership interest in the property and (2) occupy it as a principal dwelling. The exercise of this right by one borrower shall be effective as to all borrowers.

I/We Acknowledge receipt of two copies of this **NOTICE OF RIGHT TO CANCEL**

[signature] Borrower CLAIRE J. POINDEXTER Date 5-21-05

[signature] Borrower JODY C. GOMES Date 5-21-05

Borrower Date

Borrower Date

WMS (02/2003)
CANCEL1