Jul 14 2005 17:22 P.02
06/01/05 WED 16:02 FAX 401 434 9116 COPY WORLD 002

May 24, 2005

Bethany,

I have tried to reach you to cancel the Loan # 10253102. as of this date

Please cancel the loan

Claire J Poindexter
57 North Hull St
East Prov R.I 02914

I had the closing Saturday 5/21 and I have three days to stop this until midnight on 5/25/05