**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HOMEOWNERS LOAN CORP.**

**VS.** **CA No.: 05-439S**

**CLAIRE POINDEXTER and**
**JODY GOMES**

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that the Defendants' attorney will take the deposition of **Stephen B. Kaplan, APV-Regulatory Compliance, Homeowners Loan Corp.**, at the Law Office of Jonathan F. Oster, Esq., Suite C203, 1525 Old Louisquisset Pike, Lincoln, Rhode Island, upon oral examination on **November 29, 2005, at 2:00 P.M.** before a notary public or other officer authorized to administer oaths by law and the examination shall continue as the taking thereof from time to time may be adjourned.

CLAIRE POINDEXTER and
JODY GOMES
by their Attorney,

JONATHAN F. OSTER #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

## CERTIFICATION

I hereby certify that on the 9th day of November 2005 I forwarded a true copy of the within document to Brent R. Canning, Esq. at his address of Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, Rhode Island 02903 by first class mail postage pre-paid.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HOMEOWNERS LOAN CORP.**

**VS.** **CA No.: 05-439S**

**CLAIRE POINDEXTER and**
**JODY GOMES**

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the Defendants' attorney will take the deposition of **Bethany Wright, Homeowners Loan Corp.**, at the Law Office of Jonathan F. Oster, Esq., Suite C203, 1525 Old Louisquisset Pike, Lincoln, Rhode Island, upon oral examination on **November 30, 2005, at 2:00 P.M.** before a notary public or other officer authorized to administer oaths by law and the examination shall continue as the taking thereof from time to time may be adjourned.

CLAIRE POINDEXTER and
JODY GOMES
by their Attorney,

JONATHAN F. OSTER #2610
Suite C203
1525 Old Louisquisset Pike
Lincoln, Rhode Island 02865
(401) 726-8600

**CERTIFICATION**

I hereby certify that on the 9th day of November 2005 I forwarded a true copy of the within document to Brent R. Canning, Esq. at his address of Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, Rhode Island 02903 by first class mail postage pre-paid.