FILED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HOMEOWNERS LOAN CORP.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-439S |
| CLAIRE J. POINDEXTER and<br>JODY C. GOMES | : | |

**STIPULATION**

It is hereby agreed by and between the undersigned that the Defendant CLAIRE J. POINDEXTER and JODY C. GOMES shall have up to November 21, 2005 to file an Amended Answer to the Plaintiff, HOMEOWNERS LOAN CORP.'s Complaint.

HOMEOWNERS LOAN CORP.
By its Attorneys,

Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000 TEL
(401) 277-9600 FAX

CLAIRE J. POINDEXTER and
JODY C. COMES
By their Attorney,

Jonathan F. Oster, Esq. (#2610)
Suite C203
1525 Old Louisquisset Pike
Lincoln, RI 02865
(401) 726-8600 TEL
(401) 724-1955 FAX

#683804-P-v1

**CERTIFICATION**

Jonathan F. Oster, Esq.
Suite C203
1525 Old Louisquisset Pike
Lincoln, RI 02865

I certify that I mailed a copy of this Stipulation to counsel of record, as set forth above, on November 21st, 2005.

Kandy M. Marchand