**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

1500 Fleet Center
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

***Brent R. Canning***
bcanning@haslaw.com

2/10/06: CONTINUANCE GRANTED. THE PARTIES SHALL REPORT THE STATUS OF THE SETTLEMENT AGREEMENT BY 3/10/06.

February 10, 2006

VIA FACSIMILE and REGULAR MAIL

U.S. Magistrate Judge Lincoln D. Almond
United States District Court
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

RE: Homeowners Loan Corp. v. Claire J. Poindexter, et al.
C.A. No. 05-439S

Dear Judge Almond:

Thank you for your February 8, 2006 letter and the copy of the In re: Dwyer, which Attorney Oster and I both found instructive.

Your letter prompts me to write and report that the parties have reached an agreement in principle. We are currently finalizing the details and preparing for a new closing. Because Attorney Oster and I are optimistic that we may be able to submit a dismissal stipulation later this month, we wonder whether you would agree to reschedule the settlement conference until the first week in March to see whether the parties can resolve this matter on their own. Attorney Oster and I will make ourselves available if you would like to discuss this matter.

Very truly yours,

Brent R. Canning

BRC/kmm

cc: Jonathan Oster, Esq.

#694666-P-v1