Law Office of
**JONATHAN F. OSTER**
Suite C 203
1525 Old Louisquisset Pike
Lincoln, RI 02865

Telephone (401) 726-8600

March 10, 2006

Honorable Lincoln D. Almond
U.S. Magistrate Judge
United States District Court
John O. Pastore Federal Building
Two Exchange Street
Providence, Rhode Island 029030

Re: Homeowners Loan Corp.
v.
Claire J. Poindexter and
Jody C. Gomes
C.A. No. 05-439S

3/10/06: THE PARTIES SHALL REPORT ON THE STATUS BY 4/14/06.

Dear Judge Almond:

This letter is follow up to your granting of continuance to the parties on February 10, 2006 to work on tentative settlement. At the time the continuance was granted you required a report of status of settlement by today.

I can report that the process has gone well and the parties are continuing to pursue settlement which requires the issuance of new financing and a closing associated therewith. The parties are in the process of finalizing that financing, which should be completed before the end of the month. The settlement does however require an intervention by the Court. Please allow the parties the additional time needed to finalize this settlement.

Attorney Canning and I will make ourselves available if you would like to discuss any aspect of this request or settlement.

Thank you for your time and consideration.

Sincerely,

Jonathan F. Oster