UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HOMEOWNERS LOAN CORP. | : | |
| | : | |
| v. | : | C.A. No. 05-439-S |
| | : | |
| CLAIRE POINDEXTER, et al. | : | |

**STIPULATED ORDER**

By agreement of the parties and after consideration by the Court it is hereby,

**ORDERED, ADJUDGED, AND DECREED**

1. That certain Quitclaim Deed dated May 21, 2005 from Claire J. Poindexter to Claire J. Poindexter and Jody C. Gomes recorded in the real estate records of the City of East Providence in Book 2475 at Pages 144 through 146 relating to property located at 57 North Hull Street in East Providence (the "Property"), is rescinded and voided and the rights, duties, and interest conveyed are extinguished and voided as the drafting, execution, and recording of the Quitclaim Deed was by inadvertence, mistake, and/or excusable neglect and it is discharged, released, and voided.

2. A copy of this Order shall be recorded in the real estate records of the City of East Providence to show that the Quitclaim Deed has been discharged, voided, rescinded, and released.

3. The recording of a copy of this Order shall serve to restore ownership in the Property as it existed prior to the execution of the Quitclaim Deed.

4. Claire Poindexter shall enter into a mortgage loan transaction with Homeowners Loan Corporation which shall provide her mortgage financing of $160,000 with a fixed 30-year interest rate of 6.5% secured by a first mortgage on the Property (the "Closing").

5. Within 10 days of the Closing the parties shall file a stipulation dismissing this action with no costs or fees to be awarded to either side.

ENTER: PER ORDER

4/21/06

AGREED TO IN FORM AND SUBTANCE:

| | |
|---|---|
| HOMEOWNERS LOAN CORP.<br>By its Attorneys,<br><br>Brent R. Canning, 5546<br>HINCKLEY, ALLEN & SNYDER LLP<br>1500 Fleet Center<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 (FAX) | CLAIRE POINDEXTER and JODY GOMES<br>By their Attorneys,<br><br>Jonathan F. Oster, 2610<br>LAW OFFICES OF JONATHAN F. OSTER<br>Suite C203<br>1523 Old Louisquisset Pike<br>Lincoln, RI 02865<br>(401) 726-8600<br>(401) 724-1955 |
| | |

708830v1