RECEIVED
JUN 13 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HOMEOWNERS LOAN CORP. :
:
v. : C.A. No. 05-439-S
:
CLAIRE POINDEXTER, et al. :

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1)(ii) by agreement of the parties this matter is hereby dismissed with prejudice, no costs, fees or interest to be awarded to either side.

HOMEOWNERS LOAN CORP.
By its Attorneys,

Brent R. Canning, 5546
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

CLAIRE POINDEXTER and JODY GOMES
By their Attorneys,

Jonathan F. Oster, 2610
LAW OFFICES OF JONATHAN F. OSTER
Suite C203
1523 Old Louisquisset Pike
Lincoln, RI 02865
(401) 726-8600
(401) 724-1955

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06

#714700